HYMAN WOHL et al., Respondents, *v.* BAKERY AND PASTRY DRIVERS AND HELPERS LOCAL 802 OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS et al., Appellants.

Submitted December 4, 1940; decided December 31, 1940.

*Edward C. Maguire* and *Samuel J. Cohen* for appellants.
*Joseph Apfel* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.